Filed by ___ YH ___ D.C.

Feb 20, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **20-60054-CR-ALTMAN/HUNT**

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1326(a) and (b)(2)
18 U.S.C. § 982(a)(6)

UNITED STATES OF AMERICA

vs.

MICHAEL FITZGERALD MCGREGOR,

Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-10
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about January 25, 2020, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**MICHAEL FITZGERALD MCGREGOR,**

did knowingly encourage and induce an alien, as set forth in Counts 1 through 10 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|---|---|
| 1 | P.M.C. |
| 2 | S.L. |

| Count | Alien |
|---|---|
| 3 | Y.X. |
| 4 | Q.M.C. |
| 5 | H.W. |
| 6 | S.W. |
| 7 | H.W. |
| 8 | J.W. |
| 9 | C.Y. |
| 10 | Y.W. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNT 11
**Illegal Entry of a Removed Alien**
**(8 U.S.C. § 1326(a) and (b)(2))**

On or about January 25, 2020, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Broward County, in the Southern District of Florida, being the district to which the offender was first brought, the defendant,

**MICHAEL FITZGERALD MCGREGOR,**

an alien, having previously been removed and deported from the United States on or about August 16, 2018, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL FITZGERALD MCGREGOR**, may have an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   (a) any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   (b) any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

   (c) any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense,.

3. The property subject to forfeiture includes, but is not limited to, one (1) 22' Pro-Line vessel bearing registration numbers FL9920NW, to include all equipment, inventory and personal effects, seized along with the vessel on or about January 25, 2020.

(Remainder of Page Intentionally Left Blank)

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
FOREPERSON

*[signature]*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*[signature]*
BRIAN G. SATTLER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL FITZGERALD MCGREGOR,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami    ___ Key West
_✓_ FTL      ___ WPB    ___ FTP

New defendant(s)           Yes ___  No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days       _✓_          Petty    ___
   II   6 to 10 days      ___          Minor    ___
   III  11 to 20 days     ___          Misdem.  ___
   IV   21 to 60 days     ___          Felony   _✓_
   V    61 days and over  ___

6. Has this case previously been filed in this District Court?  (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___   No _✓_

_____
BRIAN G. SATTLER
Special Assistant United States Attorney
Florida Bar 0124238

*Penalty Sheet(s) attached                               REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MICHAEL FITZGERALD MCGREGOR**

Case No: _____

Count(s) #: 1 - 10

Encouraging and Inducing an Alien to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv)

*Max.Penalty: 5 Years' Imprisonment


Count(s)#: 11

Re-entry of a Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

*Max.Penalty: 20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.